UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:14-00087 |
| | ) | Judge Trauger |
| | ) | |
| ANNJELIKA RENNEE ARISPURO | ) | |

### FIRST MOTION FOR CONTINUANCE OF TRIAL DATE

Comes now defendant, Annjelika Arispuro, through counsel, and respectfully requests a continuance of her trial date, currently set for July 29, 2014. In support of this motion defendant would refer the Court to the affidavit filed herewith.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2014, I electronically filed the foregoing Motion to Continue Trial with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: William L. Deneke, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

*s/ Sumter L. Camp*
SUMTER L. CAMP